IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81-01ML |
| | : | (Superseding Indictment) |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**DEFENDANTS, NIGEL POTTER'S, DANIEL BUCCI'S AND LINCOLN PARK, INC.'S JOINT MOTION FOR INDIVIDUAL VOIR DIRE**

Defendants, Nigel Potter, Daniel Bucci and Lincoln Park, Inc., move under F.R.Crim. 24(a)(1) and Local Rule 15(c) that they may be permitted to participate in an individual *voir dire* of the prospective jurors at their upcoming trial. In support of their motion, defendants state as their reasons that this is a case which, throughout it pendency and during its first trial, has generated a great deal of publicity and which involves circumstances likely to elicit strong emotional responses from some prospective jurors.

Defendants state their reasons more thoroughly in the accompanying memorandum which is hereby incorporated into this motion.

STATEMENT PURSUANT TO LOCAL RULE 12 (f)

The filing and disposition of this motion constitutes excludable time as define by 18 U.S.C. § 3161(h)(1)(f). It is not possible to estimate the amount of excludable time until the disposition of this motion.

Denied for the reasons set forth in the Government's Memorandum in Opposition. Mary M. Lisi US DJ 7/7/05

Respectfully submitted,

NIGEL POTTER
By his Attorney,

C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903
401-751-5090

Respectfully submitted,
DANIEL BUCCI
By his Attorney,

Anthony M. Traini by cco

ANTHONY M. TRAINI (#4793)
56 Pine Street
Providence, RI 02903

Respectfully submitted,
LINCOLN PARK, INC.
By its Attorneys,

John A. Tarantino by cco

JOHN A. TARANTINO (#2586)
PATRICIA K. ROCHA (#2793)
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Dated: June 28, 2005

CERTIFICATE OF SERVICE

I certify that on the 28th day of June, 2005 I caused a copy of this document to be mailed to Craig N. Moore and Lee H. Vilker, Assistant United States Attorneys, The Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, RI 02903.