UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.R: 03-81-03 ML
:
Nigel Potter, et al :

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 7/12/05
Signature of AUSA

CRAIG N. MOORE
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 7/12/2005
Signature of Defense Attorney

JOHN A TARANTINO
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

______________________ Date:______________
Signature of Defendant

______________________
Printed Name of Defendant