IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. No. 03-81 ML (Superseding) |
| | : | |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRIVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK | : | |
| a/k/a LINCOLN GREYHOUND PARK | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**SUPPLEMENTAL FILING IN SUPPORT OF DEFENDANTS NIGEL POTTER'S, DANIEL BUCCI'S AND LINCOLN PARK, INC.'S JOINT MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO F.R.CRIM.P. 29**

Defendants Nigel Potter, Daniel Bucci and Lincoln Park, Inc., have moved for a Judgment of Acquittal pursuant to F.R.Crim.P. 29(a). In addition to the arguments made in open court on July 25, 2005, and pursuant to the colloquy between the Court and counsel concerning the incorporation by reference of previous arguments on these motions, the Defendants jointly submit this supplemental filing consisting of the following items attached hereto, and hereby incorporate by reference into their Motions for Judgment of Acquittal all the arguments made in the attached documents:

Tab 1: Transcript of hearing on Motions For Judgment of Acquittal, February 7, 2005.[1]

Tab 2: Motion of Defendants Nigel Potter, Daniel Bucci and Lincoln Park, Inc. Under F.R.Crim.P. 29(a) For Judgment of Acquittal On The Charges Of

[1]On page 54 of the transcript, defense counsel incorporate by reference into the Defendants' arguments the several motions to dismiss and supporting memoranda that were previously filed and argued in the case. These are found at Docket Numbers 125, 131 and 140 and are also incorporated herein by this reference.

Conspiracy To Commit Honest Services Wire Fraud And Substantive Honest Services Wire Fraud Charges, and memorandum in support thereof (Docket #207).

Tab 3: Defendant Lincoln Park, Inc.'s Motion For A Judgment Of Acquittal On Charges Of Corporate Criminal Liability, and memorandum in support thereof (Docket #206).

Tab 4: Defendant Nigel Potter's Motion For Judgment Of Acquittal, and memorandum in support thereof (Docket #208).

Respectfully submitted,

DANIEL BUCCI,
By His Attorney,

/s/ Anthony M. Traini gor

Anthony M. Traini (#4793)
56 Pine Street-Suite 2
Providence, RI 02903
Tel. 401.621.4700
Fax 401.621.5888

NIGEL POTTER,
By his Attorney,

/s/ C Leonard O'Brien gor

C. Leonard O'Brien (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903
Tel. 401.751.5090
Fax 401.751.5096

LINCOLN PARK, INC.,
By Its Attorneys,

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401.274.7200
Fax 401.351.4607

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I served a copy of the foregoing pleading by mail/hand delivery, upon Craig N. Moore, Esquire, Assistant United States Attorney, United States Attorney's Office, The Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

*340023_1.doc*