UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: CR03-81ML |
| | : | |
| NIGEL POTTER; | : | |
| DANIEL BUCCI; and | : | |
| BURRILLVILLE RACING ASSOCIATION | : | |
| a/k/a LINCOLN PARK, | : | |
| a/k/a LINCOLN GREYHOUND PARK, | : | |
| a/k/a LINCOLN PARK, INC. | : | |

**STIPULATION**

It is hereby stipulated that on July 18, 2005, the Defendant corporation, Lincoln Park, Inc., was merged into LPRI, LLC, a Rhode Island limited liability company.

Dated: August 3, 2005

CRAIG N. MOORE
LEE H. VILKER
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
*Attorneys for United States of America*

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
*Attorneys for Lincoln Park*

C. LEONARD O'BRIEN, #1886
B. JEAN ROSIELLO, #2886
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903
*Attorneys for Nigel Potter*

ANTHONY M. TRAINI, #4793
56 Pine Street
Providence, RI 02903
*Attorney for Daniel Bucci*

340874_1.doc