UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 03-081-03ML

BURRILLVILLE RACING ASSOCIATION
a/k/a LINCOLN PARK
a/k/a LINCOLN GREYHOUND PARK
a/k/a LINCOLN PARK, INC.

## VERDICT FORM

1. As to **Count I** of the indictment, we, the jury, find defendant Lincoln Park:

GUILTY X NOT GUILTY ________

2. As to **Count VI** of the indictment, we, the jury, find defendant Lincoln Park:

GUILTY X NOT GUILTY ________

3. As to **Count IX** of the indictment, we, the jury, find defendant Lincoln Park:

GUILTY X NOT GUILTY ________

4. As to **Count XI** of the indictment, we, the jury, find defendant Lincoln Park:

GUILTY ________ NOT GUILTY X

5. As to **Count XII** of the indictment, we, the jury, find defendant Lincoln Park:

GUILTY________ NOT GUILTY X

[signature]
Foreperson's Signature

8/8/05
Date