UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 03-081-01/02/03ML DATE: August 22, 2005**

**TITLE: USA v. Nigel Potter, et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**
**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
IN COURT

---

**COUNSEL PRESENT:** **for govt: AUSA Craig Moore**
**for deft Potter: C. Leonard O'Brien, Jr.; B. Jean Rosiello**
**for deft Bucci: Anthony M. Traini**
**for deft Burrillville Racing/Lincoln Park: John A. Tarantino**
**Patricia Rocha**

**PROCEEDINGS: Defts' M/Judgment of Acquittal**

**Mr. Traini addresses the Rule 29 motions, with additional argument by Mr. Tarantino and Ms. Rosiello. All defense counsel join in each others' motions and arguments as to these motions. AUSA Moore responds to defense's arguments. Messrs. Traini and Tarantino make further comment; AUSA Moore responds. Court takes these arguments under advisement, as it has the other arguments that were previously made, and will issue a written decision.**

**Court advises counsel that it will also be issuing a written decision as to the defts' joint motion for a new trial and Lincoln Park's separate motion for a new trial. Once the govt has filed its response to the "new trial" motions, the defts will have an opportunity to reply to that response. The Court is setting a 10-page limit as to defts' replies. Court advises counsel that no oral argument will be heard on the motions for new trial.**