UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Case No.: CR03-81-ML
:
NIGEL POTTER; :
DANIEL BUCCI; and :
BURRILLVILLE RACING ASSOCIATION:
a/k/a LINCOLN PARK, :
a/k/a LINCOLN GREYHOUND PARK, :
a/k/a LINCOLN PARK, INC. :

**NOTICE OF APPEAL**

Notice is hereby given that LPRI, LLC, f/k/a Burrillville Racing Association a/k/a Lincoln Park a/k/a Lincoln Greyhound Park a/k/a Lincoln Park, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentencing of the United States District Court for the District of Rhode Island imposed in this action on the 28th day of October, 2005 including, without limitation, all orders denying or otherwise adversely ruling on any and all pretrial and trial motions, any and all adverse trial rulings, as well its conviction and the imposition of the criminal monetary penalty.

LPRI, LLC
By its attorneys,

Patr K Rocha

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 11/3/05

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2005, I caused a true and accurate copy of the within to be served via hand delivery to the following counsel:

Lee H. Vilker, Esq.
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

C. Leonard O'Brien, Esq.
B. Jean Rosiello, Attorney
MacFadyen, Gescheidt & O'Brien
The Owen Building
101 Dyer Street
Providence, RI 02903

Debra Hunn

*359773_1.doc*