**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the files dealing with the action or proceedings in which the appeals are taken and includes all the original papers as set forth herein.

Witness my hand and the Seal of said Court at Providence in said District, the 3RD day of **November** A.D., **2005**.

DAVID A. DIMARZIO, CLERK

BY: [signature]
DEPUTY CLERK

RE: CR 03-081-03ML
Burrillville Racing Association, a/k/a Lincoln Park