UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

November 3, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 03-081-**01**ML — **CCA#** ________________
USA v. Nigel Potter

CR 03-081-**02**ML — **CCA#** ________________
USA v. Daniel Bucci

CR 03-081-**03**ML — **CCA#** ________________
USA v. Burrillville Racing Association,
a/k/a Lincoln Park, a/k/a...

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries as to the above-referenced Notices of Appeal.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ________________
John Duhamel, Deputy Clerk

Encl.: ***case files as to:**
**Nigel Potter (7 vols.);**
**co-deft Daniel Bucci (1 vol.);**
**co-deft Burrillville Racing Assn. , a/k/a Lincoln Park (1 vol.)**
**J&C's Statement of Reasons [sealed] as to each defendant;**
**PSR [sealed] as to each defendant**

***See attached for list of all original transcripts as to this case.***

## Original Transcripts as to CR 03-081-01/02/03ML

**USA v. Nigel Potter, Daniel Bucci, Burrillville Racing Assn (a/k/a Lincoln Park)**

| Doc. No. | Description | Date |
|---|---|---|
| 26 | Initial Appearance/Arraignment | 9/19/03 |
| 91 | Hearing on multiple motions to dismiss | 3/25/04 |
| 110 | Hearing on USA's motion for leave to take depos | 10/26/04 |
| 166 | Chambers Conference | 11/22/04 |
| 182 | Hearing on multiple motions | 1/5/05 |
| 209 [3 vols.] | Jury Impanelment (redacted) | 1/25, 1/26, 1/27/05 |
| 210 | Jury Impanelment (final selection) | 1/28/05 |
| 211 | Hearing (excerpt) on Providence Journal's motion for access to sealed memorandum | 1/28/05 |
| 212 | Jury Trial (excerpt) | 1/31/05 |
| 213 [5 vols.] | Jury Trial | 1/31/05<br>2/1, 2/2, 2/3, 2/4/05 |
| 214 | Hearing on defts' motions for judgment of acquittal | 2/8/05 |
| 222 [4 vols.] | Jury Trial | 2/8, 2/9, 2/10, 2/11/05 |
| 231 | Hearing on McKinnon's motion for release of Grand Jury transcript | 2/14/05 |
| 232 [3 vols.] | Jury Trial | 2/14, 2/15, 2/16/05 |
| 233 | Charge Conference | 2/15/05 |
| 234 | Jury Trial (Jury Charge) | 2/17, 2/18/05 |
| 235 | Jury Trial (incl. Chambers session) | 2/22/05 |
| 241 [2 vols.] | Jury Trial | 2/23, 2/24/05 |
| 259 | Hearing on defts' joint motions for change of venue & to continue trial date | 5/6/05 |
| 312 [15 vols.] | Jury Trial | 7/19, 7/20, 7/21, 7/22, 7/25, 7/26, 7/27, 7/28, 7/29/05<br>8/1, 8/2, 8/3, 8/4, 8/5, 8/8/05 |
| 313 | Charge Conference | 8/2/05 |
| 325 | Hearing on defts' motions for judgment of acquittal | 8/22/05 |