Cr: 03-81
T. Lesi
Papers to follow

# United States Court of Appeals
## For the First Circuit

---

Nos. 05-2676, 05-2677, 05-2678

UNITED STATES OF AMERICA,

Appellee,

v.

NIGEL POTTER; DANIEL BUCCI;
and LPRI, LLC, f/k/a Burrillville Racing Association,
a/k/a Lincoln Park, a/k/a Lincoln Greyhound Park,
a/k/a Lincoln Park, Inc.,

Defendants, Appellants.

---

**JUDGMENT**

Entered: September 8, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 02 2006

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Rosiello, Mr. MacFadyen, Mr. Moore, Mr. Vilker, Mr. Lockhart, Mr. Traini, Ms. Rocha, Mr. Avanzato, & Mr. Tarantino.]